IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Barbara L. Ives<br>Debtor | Bankruptcy No. 16-10004<br><br>Chapter 13 |
| Barbara L. Ives<br>Movant | Related to Document No. Claim 3-1 |
| v. | |
| No Respondent | |

## STIPULATION ADDRESSING THE CLAIM OF
## THE FARMERS NATIONAL BANK OF EMLENTON

Whereas The Farmers National Bank of Emlenton has filed a Proof of Claim #3-1 on February 25, 2016;

Whereas discussions have taken place concerning this claim between the undersigned respective counsel for the Claimant The Farmers National Bank of Emlenton, and the Debtor;

Whereas respective counsel for the parties have mutually agreed that certain aspects of the Claimant's claim shall be resolved in a manner slightly differently than would otherwise be mandated pursuant to the terms of the Proof of Claim, as filed;

AND NOW THEREFORE, It is Mutually Resolved, Agreed To, and Stipulated as follows:

1. As of the filing date of this case, the Debtor's payments regarding her Open-End Mortgage were current and there existed no default which needed to be cured.

2. The total balance of the Debtor's secured loan with the Claimant was $12,072.75. That balance was comprised of principal of $9929.80, accrued interest of $26.28, fees of $2062.67, and an anticipated mortgage satisfaction fee of $54.00. This loan is subject to a variable rate of interest which is currently at 3.5%.

3. The terms of this loan are modified, provided that this Chapter 13 case is successful. More specifically, the claimant will accept a lump sum of $12,000 paid in monthly installments of $200.00 by the Chapter 13 Trustee through the Debtor's Chapter 13 Plan, as it may be amended from time to time, in full satisfaction of the Debtor's indebtedness of this loan.

4.  In the event that this case is dismissed for any reason, or is converted to a case under Chapter 7, the modified terms set forth in the above paragraph shall lapse and be null, void, and of absolutely no effect, whatsoever; and, the Debtor/Creditor relationship between the parties shall be governed by the underlying mortgage documents which were originated by National City Bank and assigned to The Farmers National Bank of Emlenton by an Assignment of Mortgage filed in the Recorder of Crawford County Pennsylvania on November 27, 2006 at Book 850 and Page 424-427 at instrument number 00600014342. Creditor's Counsel Fees, in this matter, shall be includable in the balance then due.

It is so stipulated, as of the date when this document is filed, in hard copy or electronically per Local Court Rules, with the United States Bankruptcy Court for the Western District of PA:

_____
Barbara L. Ives, Debtor

The Farmers National Bank of Emlenton
By: _____
Title: SVP, Chief Financial Officer & Chief Credit Officer

_____
John E. Nagurney, Esquire
Attorney for Debtor
12063 Midway Drive
Conneaut Lake, PA 16316
814/382-3328
PA ID #53164

_____
Scott W. Schreffler, Esquire
Counsel for Claimant
606 Main Street, PO Box 99
Emlenton, PA 16373
724/867-5921
PA ID#