IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Barbara L. Ives | : | Bankruptcy No. 16-10004 |
| | : | |
| Debtor | : | |
| | : | Chapter   13 |
| Barbara L. Ives | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| No Respondent | : | |
| | : | |

## **DECLARATION PURSUANT TO NOTICE ENTERED 12/6/2017**

Pursuant to the Notice of Payment Change entered December 6, 2017, pursuant to Local Rule 3002-5 , the undersigned has reviewed the current plan and has determined that said plan is adequately funded.

Submitted this 16th day of December, 2017

Respectfully submitted,

/s/ John E. Nagurney, Esquire
John E. Nagurney, Esquire
Attorney for the Debtors
PA ID # 53164
12063 Midway Dr.
Conneaut Lake, PA  16316
Phone:  (814) 382-3328
Fax:  (814) 382-1948
Email:  courtnagurney@zoominternet.net