Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Barbara L. Ives**
   Debtor(s)

Bankruptcy Case No.: 16–10004–TPA
Related to Docket No. 47
Chapter: 13
Docket No.: 48 – 47
Concil. Conf.: 4/7/20 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **March 2, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 23, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **4/7/20** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 17, 2020

cm: All Creditors and Parties In Interest

*/s/ Thomas P. Agresti*
Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10004-TPA
Barbara L. Ives                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                 Page 1 of 1              Date Rcvd: Jan 17, 2020
                              Form ID: 213               Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db          +Barbara L. Ives,   118 Union Street,   Titusvulle, PA 16354-1158
cr          +Farmers National Bank of Emlenton,   612 Main St,   PO Drawer D,   Emlenton, PA 16373-0046
14159947     Capital One Bank USA NA,   c/o Arthur Lashin,   123 S Broad St Ste 1600,
              Philadelphia, PA 19109-1037
14189269    +Farmers National Bank of Emlenton,   c/o Scott W. Schreffler,   606 Main Street, PO Box 99,
              Emlenton, PA 16373-0099
14221992    +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
14159950     PNC Bank C/OMathew K. Fissell, Esq.,   BNY Independence Cntr,   701 Market St Ste 5000,
              Philadelphia, PA 19106-1541
14242996    +PNC Bank, National Association,   3232 Newmark Drive,   Attn: Bankruptcy,
              Miamisburg, OH 45342-5421
14196151    +Webcollex LLC,   c/o JD Receivables LLC,   P. O. Box 382656,   Memphis TN 38183-2656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14178041     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 18 2020 03:14:12
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14159948    +E-mail/Text: rkiser@co.crawford.pa.us Jan 18 2020 03:18:00     Crawford County Tax Claim Bureau,
              903 Diamond Park,   Meadville, PA 16335-2694
14159949    +E-mail/Text: cio.bncmail@irs.gov Jan 18 2020 03:17:19     Internal Revenue- Special Procedures,
              1001 Liberty Avenue,   Pittsburgh, PA 15222-3714
14220563    +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2020 03:17:50     Midland Funding LLC,
              PO Box 2011,   Warren MI 48090-2011
14177076     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 03:15:01
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                             TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           PNC Bank, National Association
                                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   PNC Bank, National Association
           andygornall@latouflawfirm.com
          James Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          John E. Nagurney    on behalf of Debtor Barbara L. Ives courtnagurney@zoominternet.net,
           attorneynagurney@jubileebk.net
          Joshua I. Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott William Schreffler   on behalf of Creditor   Farmers National Bank of Emlenton jj@lkslaw.us,
           scott@lkslaw.us
                                                                                             TOTAL: 7