Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Barbara L. Ives** | : | Case No. 16–10004–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **The 3rd of March, 2020,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10004-TPA
Barbara L. Ives                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: jmar              Page 1 of 1              Date Rcvd: Mar 03, 2020
                               Form ID: 309            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
```
db         +Barbara L. Ives,    118 Union Street,    Titusvulle, PA 16354-1158
cr         +Farmers National Bank of Emlenton,    612 Main St,    PO Drawer D,    Emlenton, PA 16373-0046
14159947    Capital One Bank USA NA,    c/o Arthur Lashin,    123 S Broad St Ste 1600,
             Philadelphia, PA 19109-1037
14189269   +Farmers National Bank of Emlenton,    c/o Scott W. Schreffler,    606 Main Street, PO Box 99,
             Emlenton, PA 16373-0099
14221992   +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14159950    PNC Bank C/OMathew K. Fissell, Esq.,    BNY Independence Cntr,    701 Market St Ste 5000,
             Philadelphia, PA 19106-1541
14242996   +PNC Bank, National Association,    3232 Newmark Drive,    Attn: Bankruptcy,
             Miamisburg, OH 45342-5421
14196151   +Webcollex LLC,    c/o JD Receivables LLC,    P. O. Box 382656,    Memphis TN 38183-2656
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14178041    EDI: CAPITALONE.COM Mar 04 2020 08:04:00     Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC  28272-1083
14159948   +E-mail/Text: rkiser@co.crawford.pa.us Mar 04 2020 03:19:37     Crawford County Tax Claim Bureau,
             903 Diamond Park,    Meadville, PA 16335-2694
14159949   +EDI: IRS.COM Mar 04 2020 08:04:00     Internal Revenue- Special Procedures,
             1001 Liberty Avenue,    Pittsburgh, PA 15222-3714
14220563   +EDI: MID8.COM Mar 04 2020 08:04:00     Midland Funding LLC,    PO Box 2011,
             Warren MI 48090-2011
14177076    EDI: PRA.COM Mar 04 2020 08:03:00     Portfolio Recovery Associates, LLC,    POB 12914,
             Norfolk VA 23541
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          PNC Bank, National Association
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              John E. Nagurney    on behalf of Debtor Barbara L. Ives courtnagurney@zoominternet.net,
               attorneynagurney@jubileebk.net
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott William Schreffler    on behalf of Creditor    Farmers National Bank of Emlenton jj@lkslaw.us,
               scott@lkslaw.us
                                                                                              TOTAL: 7
```