**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BARBARA L. IVES <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:16-10004 TPA <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/06/2016 and confirmed on 04/21/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 78,111.00 |
| Less Refunds to Debtor | 1,823.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,288.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,670.00 | |
| Trustee Fee | 3,268.15 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,938.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| PNC BANK NA <br> Acct: 9242 | 0.00 | 36,022.11 | 0.00 | 36,022.11 |
| FARMERS NATIONAL BANK <br> Acct: 1257 | 2,142.95 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA <br> Acct: 9242 | 13,315.30 | 13,315.30 | 0.00 | 13,315.30 |
| CRAWFORD COUNTY TAX CLM BUREAU* <br> Acct: 5017 | 3,736.38 | 3,736.38 | 1,020.68 | 4,757.06 |
| CRAWFORD COUNTY TAX CLM BUREAU* <br> Acct: 5018 | 195.85 | 195.85 | 54.30 | 250.15 |
| CRAWFORD COUNTY TAX CLM BUREAU* <br> Acct: 5009 | 823.01 | 823.01 | 224.78 | 1,047.79 |
| FARMERS NATIONAL BANK <br> Acct: 1257 | 12,000.00 | 10,215.13 | 0.00 | 10,215.13 |
| | | | | 65,607.54 |
| Priority | | | | |
| JOHN E NAGURNEY ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-10004 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| BARBARA L. IVES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BARBARA L. IVES<br>Acct: | 1,823.00 | 1,823.00 | 0.00 | 0.00 |
| JOHN E NAGURNEY ESQ<br>Acct: | 3,670.00 | 3,670.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3613 | 3,742.31 | 3,742.31 | 0.00 | 3,742.31 |
| JOHN E NAGURNEY ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,742.31 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CAPITAL ONE BANK NA**<br>Acct: 8746 | 2,074.21 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 1099 | 2,601.72 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 1272 | 9,157.48 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH PARKING COURT<br>Acct: 8312 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++<br>Acct: 6854 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 0798 | 479.02 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3613 | 300.35 | 0.00 | 0.00 | 0.00 |
| WEBCOLLEX LLC<br>Acct: 3809 | 1,158.75 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 7542 | 412.75 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 0346 | 711.17 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 69,349.85 |
|---|---|---|

TOTAL CLAIMED
PRIORITY        3,742.31
SECURED        32,213.49
UNSECURED    16.895.45

Date: 04/08/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com